

Lewis House

# Nelson W. Cameron

*Attorney at Law*
*675 Jordan Street*
*Shreveport, Louisiana 71101*

January 22, 2016

(318) 226-0111
Fax No. (318) 226-0760

Honorable Karen L. Hayes
United States Magistrate Judge
P. O. Drawer 3087
Monroe, LA 71210

      Re:  Henry Leonard vs. State of Louisiana through DPCC, Et Al
           Civil Action Number 5:13-CV-02717, United States District Court,
           Western District of Louisiana, Shreveport Division

Dear Judge Hayes:

      This is to inform you that the parties in the above referenced case continued their negotiations after the settlement conference of January 19, 2016, and were able to reach a compromise of all issues in the case. Because injunctive relief is involved, the parties have agreed that the Court will maintain jurisdiction over the settlement agreement for a period of three years. Any dismissal order should take this term into consideration.

Sincerely yours,

Nelson W. Cameron

NWC/br

Enclosures

cc:    James Hilburn
        Jeffrey Cody
        Henry Leonard
        Ernest Comeaux